IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE,<br>As subroee of,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE<br>RAILWAY, a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:08CV3055<br><br><br><br>ORDER ON MOTION FOR<br>CONTINUANCE AND FURTHER<br>PROGRESSION ORDER |

IT IS ORDERED that:

1. the Motion for Continuation and Further Progression Order, filing 39, is granted, the trial is continued until further order of the court and progression of this case is suspended until there is a ruling on any motions pending or to be filed related to the issue of the applicability of the Industrial Track Agreement ; and

2. upon resolution of the issue set out in paragraph 1 above is resolved, a progression hearing will be held.

Dated August 27, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge